UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

LEE HARRIS, on behalf of herself and
all others similarly situated

                Plaintiff,

v.                                **Civil Action No. 1:17-cv-873**

OUTSOURCE RECEIVABLES MANAGEMENT,
INC. and JOHN DOES 1-25.

                Defendants.

---

## NOTICE OF SETTLEMENT

Plaintiff, Lee Harris, ("Plaintiff"), and Defendant Outsource Receivables Management, Inc. ("Outsource"), by and through their attorneys, respectively, hereby notify the Court that the above-entitled action has been settled. Both parties have agreed to the settlement of this matter and documents are currently being exchanged between the parties. A Stipulation of Discontinuance will be filed with the Court upon the execution of the settlement documents.

| | |
|---|---|
| DATED: February 22, 2019 | DATED: February 22, 2019 |
| /s/:  Joseph K. Jones | /s/:  Glenn M. Fjermedal |
| Joseph K. Jones, Esq. | Glenn M. Fjermedal, Esq. |
| Jones, Wolf & Kapasi, LLC | Davidson Fink LLP |
| One Grand Central Place | 28 East Main Street, Suite 1700 |
| 60 East 42nd., Street, 46th floor | Rochester, NY 14614 |
| New York, NY 10165 | Telephone:  (585) 546-6448 |
| Telephone: (646) 459-7971 | |
| | |
| Attorney for Plaintiff | Attorney for Defendant |